## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MELINDA RAINWATER,**

    **Plaintiff,**

vs.                                                               CIV No. 22-0547 KG/KK

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT

The Court having granted Defendant's Unopposed Motion for Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 24), IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Melinda Rainwater under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on May 22, 2023. (Doc. 25).

_____
UNITED STATES DISTRICT JUDGE